

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIM. NO. 2:22-cr-00006
18 U.S.C. § 2511(1)(b)(iii)
18 U.S.C. § 2511(2)(d)

**RANDALL DWIGHT HOLDEN II**

# I N F O R M A T I O N

The United States Attorney Charges:

On or about November 25, 2017, at or near Chapmanville, Logan County, West Virginia, in the Southern District of West Virginia, and elsewhere, defendant RANDALL DWIGHT HOLDEN II did intentionally use any electronic, mechanical, and other device, to intercept any oral communication, that is, an audio and video recording of Adult Victim A engaged in sexual activity with RANDALL DWIGHT HOLDEN II, when defendant RANDALL DWIGHT HOLDEN II knew, and had reason to know, that such device and any component of such device had been sent through the mail and transported in interstate and foreign commerce.

It is further alleged that, defendant RANDALL DWIGHT HOLDEN II, not acting under color of law, intercepted such oral communication for the purpose of committing any criminal act in violation of the laws of any State, that is, W. Va. Code Section

61-8-28, which prohibits the unauthorized knowing visual portrayal of another person without that person's knowledge, while that other person is fully or partially nude and is in a place where a reasonable person would have an expectation of privacy.

In violation of Title 18, United States Code, Sections 2511(1)(b)(iii) and 2511(2)(d).

                              UNITED STATES OF AMERICA

                              WILLIAM S. THOMPSON
                              United States Attorney

By: *[signature]*
     Jennifer Rada Herrald
     Assistant United States Attorney